█ EDMUND J. McDONALD, Respondent, v JOHN J. McNULTY, JR., Individually and as Sheriff of the County of Albany, et al., Appellants.— Appeal from an order of the Supreme Court at Special Term, entered December 3, 1976 in Albany County, which granted a motion to strike defendants' first affirmative defense. Order affirmed, with costs, upon the opinion of Mr. Justice Pennock at Special Term (see *Carr v Allied Aviation Serv. Corp.,* 40 AD2d 608; *Matter of Hurd v County of Allegany,* 39 AD2d 499). Koreman, P. J., Greenblott, Kane, Larkin and Herlihy, JJ., concur.